**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Marjorie Jusczak,** | ) | **CASE NO. 1:05 CV 2321** |
| | ) | |
| **Appellant,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Charter One Bank, N.A.,** | ) | <u>Order</u> |
| | ) | |
| **Appellee.** | ) | |

On December 14, 2005, an Order was issued in this case indicating that due to the suspension of Appellant's attorney, Appellant must retain new counsel, proceed *pro se*, or dismiss this appeal. No action has been taken by Appellant. Accordingly, in the event that no such action is taken within 30 days of the current Order, this case will be dismissed.

IT IS SO ORDERED.

<u>/s/ Patricia A. Gaughan</u>
PATRICIA A. GAUGHAN
United States District Judge

Dated:  3/16/06